UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIT NORTHBRIDGE CREDIT LLC,<br>Plaintiff,<br><br>-against-<br><br>VITALI BARKOUSKI,<br>Defendant. | Case No. 1:26-cv-09321 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, Dkts. 4-5, as well as Defendant's Motion for a Temporary Restraining Order and Preliminary Injunction, Dkt. 11. The Plaintiff is hereby ORDERED to file a response to Defendant's Motion by **October 29, 2026.**

The parties are ORDERED to appear at a conference to discuss the motions on **November 5, 2026 at 11:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 26, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge