WINSTON TAYLOR.

2121 N. Pearl Street
Suite 900
Dallas, Texas 75201
+1 (214) 453-6500

**Aaron C. O'Dell**
Partner
+1 (214) 453-6535
Aaron.Odell@winstontaylor.com

Request GRANTED. The conference currently scheduled for November 5, 2026, at 11:00am will be adjourned to November 13, 2026, at 12:00pm.

Dated: November 4, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

November 3, 2026

**Via ECF**

Hon. Jennifer L. Rochon
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re: *CIT Northbridge Credit LLC v. Vitali Barkouski*, No. 1:26-cv-09321 (JLR) (S.D.N.Y.) – Joint Letter Motion Requesting Adjournment of November 5, 2026, Conference

Dear Judge Rochon:

We represent CIT Northbridge Credit LLC ("CIT") and, together with counsel for Defendant Vitali Barkouski (together with CIT, the "Parties"), we respectfully submit this joint letter-motion, pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Rules of Practice, to request an adjournment of the conference currently scheduled for November 5, 2026, at 11:00 a.m.

The Parties are in the process of discussing a potential agreement regarding the requested injunctive relief. Progress has been made, but additional time is required to work out terms while reserving all rights. The Parties request that the conference on their cross-applications for a temporary restraining order and preliminary injunction (ECF Nos. 4, 11) be adjourned to Friday, November 13, 2026, subject to the Court's availability.

This request is made jointly and without prejudice. Each Party expressly reserves all of its rights, claims, defenses, counterclaims, and remedies, including with respect to the pending cross-motions, and nothing in this letter, in the Parties' discussions, or in the requested adjournment constitutes a waiver of any right, claim, defense, or remedy, or an admission by any Party.

This is the first request for an adjournment in this case.

Respectfully Submitted,

*/s/ Aaron C. O'Dell*

Aaron C. O'Dell

cc: All Counsel of Record (via ECF)