WINSTON TAYLOR.

2121 N. Pearl Street
Suite 900
Dallas, Texas 75201
+1 (214) 453-6500

Request GRANTED. The conference scheduled for November 13, 2026, at 12:00pm will be adjourned to November 23, 2026, at 10:00am.

Dated: November 12, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**Aaron C. O'Dell**
Partner
+1 (214) 453-6535
Aaron.Odell@winstontaylor.com

November 11, 2026

**Via ECF**

Hon. Jennifer L. Rochon
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re: *CIT Northbridge Credit LLC v. Vitali Barkouski*, No. 1:26-cv-09321 (JLR) (S.D.N.Y.) – Joint Letter Motion Requesting Adjournment of November 13, 2026, Conference

Dear Judge Rochon:

We represent CIT Northbridge Credit LLC ("CIT") and, together with counsel for Defendant and Counterclaim-Plaintiff Vitali Barkouski (together with CIT, the "Parties"), we respectfully submit this joint letter-motion, pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Rules of Practice, to request an adjournment of the conference currently scheduled for November 13, 2026, at 12:00 p.m.

The Parties need additional time to finalize and effectuate a potential agreement regarding the requested injunctive relief in this case. Therefore, the Parties request that the court adjourn the conference on their cross-applications for a temporary restraining order and preliminary injunction (ECF Nos. 4, 11) until November 23 or 24, subject to the court's availability.

This request is made jointly and without prejudice. Each Party expressly reserves all of its rights, claims, defenses, counterclaims, and remedies, including with respect to the pending cross-motions, and nothing in this letter, in the Parties' discussions, or in the requested adjournment and stay constitutes a waiver of any right, claim, defense, or remedy, or an admission by any Party.

This is the second request for an adjournment in this case. The court granted the Parties' first request for adjournment on November 4, 2026 (ECF No. 25).

Respectfully Submitted,

*/s/ Aaron C. O'Dell*

Aaron C. O'Dell

cc: All Counsel of Record (via ECF)