**WINSTON TAYLOR.**

2121 N. Pearl Street
Suite 900
Dallas, Texas 75201
+1 (214) 453-6500

**Aaron C. O'Dell**
Partner
+1 (214) 453-6535
Aaron.Odell@winstontaylor.com

Request GRANTED. The conference currently scheduled for November 23, 2026, at 10:00am is hereby adjourned. This case is hereby STAYED. Parties shall update the Court on next steps in this matter on or before December 18, 2026.

Dated: November 18, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

November 17, 2026

**Via ECF**

Hon. Jennifer L. Rochon
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re: *CIT Northbridge Credit LLC v. Vitali Barkouski*, No. 1:26-cv-09321 (JLR) (S.D.N.Y.) – Joint Letter Motion Requesting Stay and Adjournment of November 23, 2026, Conference

Dear Judge Rochon:

We represent CIT Northbridge Credit LLC ("CIT") and, together with counsel for Defendant and Counterclaim-Plaintiff Vitali Barkouski (together with CIT, the "Parties"), we respectfully submit this joint letter-motion, pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Rules of Practice, to request a stay of all deadlines in this matter for thirty (30) days and an adjournment of the conference currently scheduled for November 23, 2026, at 10:00 a.m.

The Parties have reached an agreement that should resolve all disputes in this case but need additional time to effectuate the agreement. Therefore, the Parties request that the court adjourn the conference on their cross-applications for a temporary restraining order and preliminary injunction (ECF Nos. 4, 11) and stay all other deadlines for thirty (30) days. Before the end of the thirty days, the Parties will either request the Court dismiss this case or request the Court lift the stay and reschedule the adjourned conference on their cross-applications for a temporary restraining order and preliminary injunction (ECF Nos. 4, 11).

This request is made jointly and without prejudice. Each Party expressly reserves all of its rights, claims, defenses, counterclaims, and remedies, including with respect to the pending cross-motions, and nothing in this letter, in the Parties' discussions, or in the requested adjournment and stay constitutes a waiver of any right, claim, defense, or remedy, or an admission by any Party.

This is the third request for an adjournment in this case. The court granted the Parties' second request for adjournment on November 12, 2026 (ECF No. 29).

Respectfully Submitted,

*/s/ Aaron C. O'Dell*

Aaron C. O'Dell

cc: All Counsel of Record (via ECF)